IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LEON SNIPES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-909 WDS |
| | ) | |
| C/O WITHHROP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Currently pending before the Court are Plaintiff's motions to advance the proceedings (Doc. 10) and for the return of vital court documents (Doc. 13).

### MOTION TO ADVANCE THE PROCEEDINGS

In this motion, filed July 30, 2007, Plaintiff complains of the length of time his case has been pending without any action by the Court. Since that motion was filed, however, the case has proceeded. The Court's threshold review has been completed, all but two of the defendants have been served, and three defendants have filed a motion for summary judgment. Because much activity has occurred in the case subsequent to the filing of the motion, the Court finds that the request for action is now moot. Accordingly, the motion to advance the proceedings (Doc. 10) is **DENIED**.

### MOTION FOR RETURN OF VITAL COURT DOCUMENTS

In this motion, Plaintiff states that certain of his court documents and legal papers, including his only copy of the complaint filed in the action, were destroyed because of the activation of a defective sprinkler in his cell. He requests that the Court send him a copy of his complaint so that he might continue to prosecute the action. This motion (Doc. 13) is **GRANTED**. The Clerk is

**DIRECTED** to forward to Plaintiff one copy of his original complaint (Doc. 1).

**IT IS SO ORDERED.**

**DATED:  January 10, 2008**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON
United States Magistrate Judge**