IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEON SNIPES- #B12804, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORRECTIONAL OFFICER WITTHROP et al.,, )<br>)<br>Defendant. ) | Case No.: 05-cv-909-WDS-DGW |

## **ORDER**

**IT IS HEREBY ORDERED** that the preparation of the transcript of the hearing held on September 16, 2008, in the above entitled cause of action be prepared by Sara Tipton, Court Reporter with Northcutt Reporting, and filed with the Clerk of the Court, at the expense of the United States.

**DATED: September 17, 2008**         s/ *Donald G. Wilkerson*
                         **DONALD G. WILKERSON**
                         **United States Magistrate Judge**