UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEON SNIPES,

    Plaintiff,

v.

C/O WITTHROP, et al.,

    Defendants.

Case No. 05-cv-909-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**DATED: May 20, 2009**　　　　　　　　s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**