UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEON SNIPES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cv-909-JPG-DGW |
| ) | |
| C/O WITTHROP, JOSHUA FRITZ, LANCE ) | |
| ESARY, C/O HELMER, LT. LIEFER, J. ) | |
| CARTER, *Sgt*., C/O BRYANT, and ) | |
| UNKNOWN PARTY, ) | |
| ) | |
| Defendants. | |

**AMENDED JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that all of Plaintiff Leon Snipes' claims against Defendants C/O Bryant and Lance Esary are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Counts 1, 2, 3, and 5 against all other Defendants are dismissed with prejudice,

FINALLY ORDERED AND ADJUDGED that Counts 4, 6, 7, 8, and 9 against all other Defendants are dismissed without prejudice.

**DATED:  September 23, 2010**          **NANCY ROSENSTENGEL, Clerk of Court**


                                        **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**